UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY § <br> INFORMATION CENTER, § <br>   Plaintiff, § <br> § <br>           v. § <br> § <br> U.S. DEPARTMENT OF STATE, § <br>   Defendant. § | Civil Action No. 09-CV-2232 (RJL) |

**DEFENDANT'S ANSWER
TO PLAINTIFF'S COMPLAINT**

Defendant the United States Department of State ("DOS") hereby answers Plaintiff's Complaint in the following numbered paragraphs, which correspond to the Complaint's numbered paragraphs. Defendant DOS denies each and every allegation contained in the Complaint, except as may be expressly admitted herein.

Complaint for Injunctive Relief

1. Paragraph 1 contains a statement of Plaintiff's case, not factual allegations requiring a response.

Jurisdiction and Venue

2. Paragraph 2 contains conclusions of law, not factual allegations requiring a response, and on that basis, DOS denies.

Parties

3. DOS lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3.

4. Admit.

1

Facts

5. DOS admits only that DOS announced in March 2008 that then-Senator Obama's passport data was accessed by contractors.

6. DOS admits that two DOS personnel were terminated and that a third was disciplined.

7. DOS admits.

8. DOS admits.

9. DOS admits.

10. DOS admits that the OIG report was entitled "Review of Controls and Notification for Access to Passport Records in the Department of State's Passport Information Electronic Records System (PIERS) – AUD/IP-08-29" and that the report was released to the public in redacted form.

11. Deny. DOS refers the Court to the report for a complete and accurate representation of its contents.

12. Deny. DOS refers the Court to the report for a complete and accurate representation of its contents.

13. Deny, and aver that the report identified control weaknesses relating to the prevention and detection of unauthorized access to passport and applicant information. DOS refers the Court to the report for a complete and accurate representation of its contents.

14. Deny. DOS refers the Court to the report for a complete and accurate representation of its contents.

15. DOS admits that Plaintiff transmitted a written Freedom of Information Act (FOIA) request to DOS on or about July 10, 2008. DOS refers the Court to that request for a complete and accurate representation of its contents.

16. DOS admits that Plaintiff requested "News Media" fee status and refers the Court to

Plaintiff's request for a complete and accurate representation of its contents.

17. DOS admits that it sent a letter to Plaintiff dated July 23, 3008 and refers the Court to that letter for a complete and accurate representation of its contents.

18. DOS admits that Plaintiff transmitted an administrative appeal to DOS on or about September 19, 2008. DOS refers the Court to that appeal for a complete and accurate representation of its contents.

19. DOS admits that Plaintiff submitted an administrative appeal to DOS and refers the Court to that appeal for a complete and accurate representation of its contents.

20. DOS admits that Plaintiff submitted an administrative appeal to DOS and refers the Court to that appeal for a complete and accurate representation of its contents.

21. DOS admits that Plaintiff submitted an administrative appeal to DOS and refers the Court to that appeal for a complete and accurate representation of its contents.

22. Deny.

## Count I

23. DOS reasserts its responses to the paragraphs numbered 1-22, above.

24. Paragraph 24 contains conclusions of law, not factual allegations requiring a response, and on that basis, DOS denies.

25. Paragraph 25 contains conclusions of law, not factual allegations requiring a response, and on that basis, DOS denies.

26. Paragraph 26 contains conclusions of law, not factual allegations requiring a response, and on that basis, DOS denies.

The remainder of the Complaint is plaintiff's requested relief. DOS denies that plaintiff is entitled to the relief requested or to any relief whatsoever.

<u>Defendant's Affirmative Defenses</u>

1. Defendant has not improperly withheld records.
2. The Complaint fails to state a claim for which relief can be granted.

<u>Prayer for Relief</u>

WHEREFORE, Defendant prays that the Court dismiss Plaintiff's suit with prejudice, render judgment that Plaintiff take nothing, assess costs against Plaintiff, and award Defendant all other relief to which it is entitled.

Respectfully submitted,

_____/s/_____
CHANNING D. PHILLIPS, D.C. Bar No. 415793
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney


_____/s/_____
ALEXANDER D. SHOABI, D.C. BAR No.423587
Assistant United States Attorney
555 4th Street, NW – Room E4822
Washington, DC 20530
202-514-7236
202-514-8780 (fax)