UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ———————————————— ) | |
| ELECTRONIC PRIVACY INFORMATION ) | |
| CENTER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 09-2232 (RJL) |
| ) | |
| THE UNITED STATES DEPARTMENT OF ) | |
| STATE, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ———————————————— ) | |

**JOINT MOTION FOR ENLARGEMENT TO TIME
TO FILE CROSS-MOTIONS FOR SUMMARY JUDGMENT**

The parties, by counsel, move for an additional two week enlargement of time in which to file their cross-motions for summary judgment. The requested enlargement is merited because defendant is today releasing a portion of the requested documents, and the parties will need the requested additional time to determine whether this release of documents will make the filing of dispositive motions unnecessary. This enlargement would be in the interests of judicial economy.

The parties, therefore, move that the briefing schedule in this case be modified as follows:

1. The parties will file cross-motions for summary judgment on or before July 6, 2010.

2. Oppositions will be filed on or before August 6, 2010.

3. Replies will be filed on or before August 20, 2010.

The parties respectfully move for entry of the attached order containing the above schedule.

Respectfully submitted,

RONALD C. MACHEN JR. Bar #447889
United States Attorney
for the District of Columbia

RUDOLPH CONTRERAS, D.C. Bar #434122
Chief, Civil Division


BY:_____/s/_____
ALEXANDER D. SHOAIBI, DC Bar # 423587
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7236
alexander.d.shoaibi@usdoj.gov

Counsel for the Defendant


_____/s/_____
JOHN VERDI, D.C. BAR #495764
MARC ROTENBERG, D.C. BAR #422825
1718 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20009
(202)483-1140

Counsel for Plaintiff

_____