UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF STATE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.: 09-2232 (RJL) |

## STIPULATION OF SETTLEMENT

Plaintiff Electronic Privacy Information Center and Defendant United States Department of State, by and through their undersigned counsel, hereby enter into this Stipulation of Settlement as follows:

1. Defendant shall pay Plaintiff the amount of $10,825.50 in satisfaction of attorney fees and costs incurred in connection with this action.

2. Execution of this Stipulation of Settlement and entry by this Court shall constitute the dismissal of this case with prejudice pursuant to Fed. R. Civ. P. 41(a).

3. Upon the execution of this Stipulation of Settlement, Plaintiff hereby releases Defendant from any and all claims that arise out of the FOIA request on which this action is based, except for attorney's fees, costs, or litigation expenses incurred in resolving a claim of non-compliance with this Stipulation of Settlement.

4.	Neither the Stipulation of Settlement nor the payment in this matter shall be construed as an admission concerning the legitimacy of Defendant's July 23, 2008 FOIA withholding.

5.	This Stipulation of Settlement is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

6.	The Court retains jurisdiction over enforcement of any other provisions of this Stipulation of Settlement.

7.	This Stipulation of Settlement may be executed in counterparts, and is effective on the date by which both parties have executed the Stipulation.

Respectfully submitted,

RONALD C. MACHEN JR, Bar #447889
United States Attorney
for the District of Columbia

RUDOLPH CONTRERAS, D.C. Bar #434122
Chief, Civil Division

BY: _____
ALEXANDER D. SHOAIBI, DC Bar # 423587
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7236
alexander.d.shoaibi@usdoj.gov

Counsel for the Defendant

_____
JOHN VERDI, D.C. BAR #495764
MARC ROTENBERG, D.C. BAR #422825
1718 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20009
(202)483-1140

Counsel for Plaintiff

It is SO ORDERED on this 5th day of Oct_____, 2010.

_____
Richard J. Leon
JUDGE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA